UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW SILVA, | |
| Plaintiff, | Case No. C05-0471-RSM |
| v. | |
| J. WOODS, Everett Police Officer, | ORDER ON FAILURE TO RESPOND TO COMPLAINT |
| Defendant. | |

The record reflects that all of the defendants have been served in this 42 U.S.C. § 1983 action. Dkt. Nos. 7, 10. However, defendants have yet to file an answer to plaintiff's complaint. It is therefore ORDERED that default may be entered against defendants unless such a response to the complaint is filed and served within **twenty-one (21) days** of the date on which this Order is signed.

The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Ricardo S. Martinez.

DATED this 22nd day of August, 2005.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

ORDER ON FAILURE TO
RESPOND TO COMPLAINT
PAGE - 1