01
02
03
04
05
06
07
08

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

09 MATTHEW SILVA   ,                                    )    Case No. C05-471-RSM-JPD
                                                       )
10            Plaintiff,                                )
                                                       )
11       v.                                            )
                                                       )    MINUTE ORDER
12 JOSEPH WOODS,                                       )
                                                       )
13            Defendant.                               )
   _____ )
14

15       The following minute order is made at the direction of the Court, the Honorable James

16 P. Donohue, United States Magistrate Judge:

17       Defendant's motion for summary judgment is re-noted for October 14, 2005.  *See*

18 Local Rule CR7(d)(3).  The Court declines to order argument at this time.

19

20       DATED this __26th___ day of September, 2005.

21                                         Bruce Rifkin
                                          Clerk of the Court
22

23                                         /s/ Peter H. Voelker_____
                                          Peter H. Voelker
24                                         Deputy Clerk

25

26

PAGE -1