UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW SILVA, ) | Case No. C05-471-RSM-JPD |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING EXTENSION OF DISCOVERY DEADLINE AND RE-NOTING MOTIONS FOR SUMMARY JUDGMENT |
| JOSEPH WOODS, ) | |
| Defendant. ) | |

Plaintiff is proceeding pro se and in forma pauperis in this 42 U.S.C. § 1983 action. The defendant in this case has filed a motion to extend the discovery deadline. Dkt. No. 33. Plaintiff does not oppose the motion. Having reviewed defendant's motion, supporting documents, and the balance of the record, the Court ORDERS as follows:

(1)   Defendant's motion to extend the discovery deadline, Dkt. No. 33, is GRANTED. Federal Rule of Civil Procedure 16(b)(6) provides for the modification of a scheduling order upon a "showing of good cause" by the moving party. Fed. R. Civ. P. 16(b)(6). The Court may modify the pretrial schedule "if it cannot reasonably be met despite the diligence of the party seeking the extension." Fed. R. Civ. P. 16, Advisory Committee Notes (1983 Amendment).

Here, defendant has shown good cause for granting an extension of the discovery deadline. Plaintiff was scheduled to be deposed at the Washington Corrections Center in Shelton, Washington (the "Shelton Prison") on December 2, 2005. Dkt. No. 34 at ¶ 5, Attach

ORDER GRANTING EXTENSION OF DISCOVERY
DEADLINE AND RE-NOTING MOTIONS FOR
SUMMARY JUDGMENT
PAGE -1

A. This was the deadline for conducting discovery. Dkt. No. 26. However, when defense counsel arrived at the Shelton Prison to conduct the deposition, he was informed that plaintiff had been moved to the Airway Heights Correction Center in Spokane, Washington (the "Spokane Prison") two days earlier. Dkt. No. 34 at ¶ 6. Neither defendant nor the Court had been advised of the transfer prior to that date. *Id*. Hence, despite his diligence, defendant has been unable to comply with the Court's scheduling order. Defendant has therefore shown good cause to justify extension of the discovery deadline.

The deadline to conduct discovery shall be extended until **February 2, 2006.** Service of responses to interrogatories and to requests to produce, and the taking of depositions shall be completed by this date. Federal Rule of Civil Procedure 33(a) requires answers or objections to be served within thirty (30) days after service of the interrogatories. The serving party, therefore, must serve his/her interrogatories at least thirty (30) days before the deadline in order to allow the other party time to answer. The parties are advised that any responses to the motions must be filed consistent with the dates set forth in Local Rule 7.

Any supplemental briefing on summary judgment or cross motions for summary judgment shall be filed no later than **February 10, 2006**, and any replies not later than **February 17.** The motions will be RE-NOTED for **February 17, 2006.**

(2) The Clerk is directed to send a copy of this Order to plaintiff, counsel for defendant, and to the Honorable Ricardo S. Martinez.

DATED this 15th day of December, 2005.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge