# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

MATTHEW SILVA,

        Plaintiff,

vs.

        **C05-471 RSM**

J. WOODS,

        Defendant.

**MINUTE ORDER**

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The Notice Date for plaintiff's Motion for Issuance of Subpoenas and to Continue Current Discovery and Briefing Deadlines (dkt #39) is hereby RE-NOTED to January 6, 2006.

Dated this 23rd day of December , 2005

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**