01

02

03

04

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW SILVA,                    )    Case No. C05-471-RSM-JPD
                                  )
              Plaintiff,          )
                                  )
       v.                         )
                                  )    ORDER DENYING PLAINTIFF'S
JOSEPH WOODS,                     )    MOTION FOR RECONSIDERATION
                                  )
              Defendant.          )
_____ )

        On June 8, 2006, plaintiff filed a "motion to expedite ruling on request for discovery

extension." Dkt. No. 69.  The motion requests that the Court amend the pretrial schedule for

this case.  Defendant opposes the motion.  Dkt. No. 71.  Having carefully considered the

parties' papers and the balance of the record, the Court ORDERS as follows:

        (1)     Plaintiff's "motion to expedite ruling on request for discovery extension," (Dkt.

No. 69), is DENIED.  Two days before plaintiff submitted his motion, the Court issued an

order granting in-part plaintiff's motion to compel and for relief from the discovery deadline.

Dkt. No. 68.  It appears that the present motion was filed before plaintiff received a copy of

that order.  It is therefore moot.

ORDER DENYING PLAINTIFF'S MOTION FOR
RECONSIDERATION

PAGE -1

01       (2)     To the extent this motion can be construed as a motion for reconsideration, it

02 is DENIED.  Motions for reconsideration are disfavored.  CR 7(h).  The Court has amended

03 the pretrial schedule several times to accommodate the parties' discovery needs.  As the Court

04 noted in its June 6, 2006, order, those needs have been met and no further extensions of time

05 are warranted.

06       (3)     The Clerk is directed to send a copy of this order to the parties and to the

07 Honorable Ricardo S. Martinez.

08       DATEd this 13th day of June, 2006.

09

10 _____

11 JAMES P. DONOHUE
United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER DENYING PLAINTIFF'S MOTION FOR
RECONSIDERATION

PAGE -2